■ RICHARD WINIARSKI et al., Respondents, v LINDA HARRIS, M.D., et al., Appellants, et al., Defendants. (Appeal No. 3.) [910

NYS2d 739]—Appeal from an order of the Supreme Court, Erie County (Frank A. Sedita, Jr., J.), entered June 3, 2009 in a medical malpractice action. The order denied the motion of defendants Linda Harris, M.D. and University at Buffalo Surgeons, Inc. to set aside a jury verdict and granted the motion of plaintiffs to increase the award of damages for pain and suffering.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [2]). Present—Smith, J.P., Lindley, Sconiers, Pine and Gorski, JJ.